Rescripts.

Louis Capaldo *vs.* Michael R. Connolly, trustee, & another. March 10, 1950. Decree affirmed. The plaintiff and the defendants were partners in the operation of a greenhouse. This bill in equity seeks damages for injury to the partnership property by water pumped from a cellar near by. The master found that the defendants caused the plaintiff no damage. From a final decree dismissing the bill and ordering the plaintiff to pay the defendants a sum of money on a counterclaim, the plaintiff appealed. There was no error. The finding of no damage is conclusive against the plaintiff, who argues no question concerning the counterclaim.

The case was submitted on briefs.

*D. I. Elfman,* for the plaintiff.

*W. E. Sisk & R. L. Sisk,* for the defendants.

Lee Saylor Rager & another *vs.* Elizabeth Emma Cardiff & others. March 31, 1950. Order affirmed. This is an appeal from an order of the Probate Court in the matter of the alleged will of Louise Saylor Freeman, late of Newton — made upon the motion of certain next of kin of the deceased — framing an issue for submission to a jury as to fraud and undue influence of Lee Saylor Rager. Upon consideration of the statements of expected evidence — which need not be recited — in the light of the established principles of law governing the framing of issues and review on appeal after action of the Probate Court on motion for the framing of such issues — which have been frequently stated and need not be restated — including recognition of the element of discretion vested in the probate judge, we conclude that there was no error in the framing of the issue. *Cook* v. *Mosher,* 243 Mass. 149, 152–153. *Hannon* v. *Gorman,* 296 Mass. 437.

*N. Leonard,* (*S. Hollingsworth* with him,) for the proponents.

*G. K. Richardson,* (*E. S. Tyler* with him,) for the contestants.